# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2025

## NO. 03-25-00122-CV

**Romauld Leopold Moussima Mpacko, Appellant**

**v.**

**Fnu Patricia Cathy Ngo Ngue, Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the final decree signed by the trial court on November 21, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final decree. Therefore, the Court affirms the trial court's final decree. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.